
## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| PETER ALVERIO AND MICHELLE R. ALVERIO | | PLAINTIFFS |
| VS. | CASE NO. 2:15-cv-0017-JLH | |
| SELECT PORTFOLIO SERVICING; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8; LERETA, LLC | | DEFENDANTS |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED by and between the Plaintiffs, and Defendants, Lereta, LLC, Select Portfolio Servicing, and U.S. Bank National Association, as Trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, that:

1. Plaintiffs and Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Defendants in the above-captioned action.

2. Plaintiffs' claims against the Defendants shall be dismissed, and hereby are dismissed with prejudice.

1271956-v1

3. This Court shall retain jurisdiction over the parties hereto and the subject matter hereof for purposes of entering ~~for thirty (30) days (JLH)~~ such further orders in connection with the enforcement of this order as may be necessary and proper.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

November 20, 2015
DATE

APPROVED FOR ENTRY:

/s/ J. Shane Cox
J. Shane Cox (2011245)
Attorney for Plaintiffs


/s/ Monte D. Estes
Monte D. Estes
Attorney for Lereta, LLC (89150)

/s/ Judy Simmons Henry
Judy Simmons Henry (84069)
WRIGHT, LINDSEY & JENNINGS LLP
Attorneys for Select Portfolio Servicing, Inc. and
U.S. Bank, National Association,
as Trustee, on behalf of the holders
of the Asset Backed Securities Corporation
Home Equity Loan Trust, Series
NC 2005-HE8, Asset Backed Pass-Through
Certificates, Series NC 2005-HE8